UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ONE 2016 LEXUS GS350 BEARING VEHICLE IDENTIFICATION NUMBER JTHCZ1BL1GA003301, SEIZED ON OCTOBER 19, 2022 | ) ) ) ) ) )   M.B.D. No. 23-MC-91212 |

## MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), hereby moves to extend from April 10, 2023, to June 9, 2023, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* and/or obtain an Indictment alleging forfeiture regarding the following property to which a claim was filed by Robert Haines (the "Claimant") in a nonjudicial civil forfeiture proceeding with Homeland Security Investigations ("HSI"):

   a.   one 2016 Lexus GS350, bearing vehicle identification number JTHCZ1BL1GA003301, seized on October 19, 2022 (the "Property").

A proposed Order to Extend Time to File Civil Forfeiture Complaint and/or Obtain Indictment Alleging Forfeiture is submitted herewith. The United States, in support of this motion, states as follows:

   1.   HSI seized the Property from the Claimant on October 19, 2022, pursuant to 18 U.S.C. § 981(a)(1)(A).

   2.   The Property was seized at Medford Street, Chicopee, MA.

   3.   HSI sent notice of its intent to forfeit the Property administratively, as required by 18 U.S.C. § 983(a)(1)(A).

4. The Claimant filed a claim to the Property, which was received by HSI on a timely basis.

5. No other person has filed a claim to the Property as required by law in the nonjudicial civil forfeiture proceeding, and the time within which to file such claims has expired. *See* 18 U.S.C. § 983(a)(2)(A)-(E).

6. HSI transmitted the claim received in the nonjudicial civil forfeiture proceedings for the Property to the United States Attorney for the District of Massachusetts, for the purpose of initiating a judicial forfeiture action against the Property.

7. 18 U.S.C. § 983(a)(3)(A)-(C) states:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.
>
> (B) If the Government does not -
>
>> (i) file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or
>>
>> (ii) before the time for filing a complaint has expired -
>>
>>> (I) obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
>>>
>>> (II) take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
>
> the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.
>
> (C) In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the

> Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

7. Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is further extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the Property and/or obtain an indictment alleging that the Property is subject to forfeiture no later than April 10, 2023.

8. If the United States fails to file a complaint for forfeiture and/or to obtain an indictment by the specified date, it is required to release the Property and may not take any further action to effect the civil forfeiture of the Property in connection with the underlying offense.

9. The undersigned Assistant United States Attorney ("AUSA") was recently assigned this matter and is currently obtaining additional information regarding the Property and its seizure. The United States requires additional time to review information and to decide whether to file a civil forfeiture complaint relating to the Property that was seized.

10. The government made several attempts, on March 31, 2023 and today, both by telephone and email, to reach counsel representing the Claimant in order to discuss the matter and request an extension but has not been contacted by counsel. Because the deadline of April 10, 2023 is fast approaching, in order to avoid the need to file a last minute motion seeking an extension, the undersigned files this motion not knowing whether counsel assents to the extension.

**CONCLUSION**

The United States respectfully requests that the Court enter an Order extending the period in which the United States is required to file a complaint against the Property and/or to obtain an indictment alleging that the Property is subject to forfeiture up to and including June 9, 2023.

          Respectfully submitted,

          RACHAEL S. ROLLINS
          United States Attorney

By:   */s/ Brendan T. Mockler*
          BRENDAN T. MOCKLER
          Assistant United States Attorney
          United States Attorney's Office
          1 Courthouse Way, Suite 9200
          Boston, MA 02210
          (617) 748-3100

Dated: April 3, 2023           Brendan.Mockler@usdoj.gov